UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Gregory Paul Violette

    v.                                                Case No. 2:19-cv-458-JNL

Kate Phillips, U.S. Probation

**O R D E R**

Plaintiff, an inmate at FMC Devens Camp ("Institution"), has filed a motion to proceed without prepaying fees or costs in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. For the six-month period preceding the filing, the plaintiff's average monthly deposits have been $289.54 and his average monthly balance has been $98.12.[1] Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed without prepayment of fees is GRANTED and an initial filing fee is assessed in the amount of $57.91 pursuant to 28 U.S.C. § 1915(b)(1) and LR 4.2(c)(2)(A).

---

[1] Plaintiff failed to file the required financial information in this case. As this case was filed on October 9, 2019, within fourteen days of Violette v. Baker, No. 2:19-cv-479-PJB (D. Me., filed Oct. 17, 2019), the court used the financial information filed with the in forma pauperis application in that case and applied that information to the present order.

In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2); LR 4.2(c)(2)(B).

The initial and monthly payments, as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order shall be forwarded by the Court to the Institution's inmate account department.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

April 10, 2020

cc: Gregory Paul Violette, pro se
    FMC Devens Camp, Inmate Accounts