United State District Court
District of Maine

U S DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

DEC 29 2020

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

Gregory Paul Violette         )
Plaintiff,                    )
                              )
v.                            )      Civil No. 2:19-cv-00458-JNL
                              )      Motion to NOT Dismiss
Kate Phillips, et al          )
Defendants,                   )

Now come Gregory Paul Violette, Plaintiff:

The Defendants exceeded their statutory authority by bring me in front of only a judge, the hearing should have been brought to a jury. I should have had a hearing in front of a jury, NOT just a judge.

This Case should NOT be dismissed. I am NOT trying to invalidity the judgment. The defendants were wrong in having my hearing heard by a judge ONLY, my case should have been heard by judge and jury and the defendants knew that and still ONLY used a judge which violated my rights.

I ask the court to NOT dismiss this case and have it heard by judge and jury.

Dated at Madison, ME this 28th day of December 2020

Gregory Paul Violette
21 Summer St
Madison, ME 04950-1422