

21 Summer St
Madison, ME 04950-1422

EASTERN MAINE 044
28 DEC 2020 P 1 L

U.S. District Court
202 Harlow Street
Bangor, ME 04401