UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gregory Paul Violette

    v.                                      Case No. 19-cv-458-JNL

Kate Phillips, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 15, 2020.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: January 6, 2021

cc:   Gregory Paul Violette, pro se