UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 2:19-cv-00458-JNL<br>) |
| KATE PHILLIPS, et al<br>Defendants, | )<br>) |

## JUDGMENT

In accordance with the Order Approving the Recommended Decision of the Magistrate Judge entered by U.S. District Judge Joseph N. Laplante on January 7, 2021, JUDGMENT of dismissal is hereby entered.

                                                          CHRISTA K. BERRY
                                                          CLERK

                                   By:   /s/ Lindsey Tully
                                                  Deputy Clerk

Dated: January 7, 2021